Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman, an Individual,<br><br>Plaintiff,<br>v.<br><br>Sunflower Farmers Markets, LLC DBA Sprouts Farmers Markets,<br><br>Defendant, | Civil Action No: 17-cv-01342-GMN-GWF<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Kevin Zimmerman, hereby voluntarily dismisses this action without prejudice.

**RESPECTFULLY** submitted this 14th day of June, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14TH day of June, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of NEF notifications and emailed the same to:

Amber L. Roller
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
400 South Hope St. Ste 1200
Los Angeles, CA 90071
Amber.roller@ogletree.com
*Attorney for Defendant*

2